No. 1267. El Pueblo, Apelado, *v.* Soto, Apelante. Acometimiento y agresión graves. Guayama. Junio 7, 1918. *Confirmada la sentencia apelada, pero modificándola en el sentido de que el acusado sufra un día de cárcel por cada dollar que deje de satisfacer, no excediendo la prisión subsidiaria de noventa días.*

No. 1266. El Pueblo, Apelado, *v.* Viñas, Apelante.—Acometimiento y agresión. San Juan, Sección 2ª, Junio 7, 1918. *Confirmada la sentencia apelada.*

No. 1873. Perrier, Apelado, *v.* Del Rosario, Apelante.—Reivindicación. Humacao. Junio 7, 1918. *Desestimada la apelación.*

No. 1820. Ex Parte Crespo Salas, Promovente y Apelante.—Declaratoria de herederos. San Juan, Sección 1ª. Junio 7, 1918. *Desestimado el recurso.*

No. 1874. Cabezas et al., Apelados, *v.* Hernández et al., Apelantes.—Nulidad de contrato. San Juan, Sección 2ª. Junio 10, 1918. *Desistida la apelación.*

No. 172. Hernández, Peticionario, *v.* Rossy, Juez Distrito, San Juan, Sección 2ª., Demandado.—*Mandamus.* Junio 10, 1918. *Teniendo por desistido al peticionario.*

No. 1839. Johnson, Apelada, *v.* Johnson, Apelante.—Divorcio. San Juan, Sección 1ª. Junio 10, 1918. *Desistida la apelación.*